**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **HERRON LEE JOHNSON,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| VS. | : | |
| | : | **NO. 4:26-cv-00204-CDL-CHW** |
| **WARDEN GREG** | : | |
| **COUNTRYMAN,** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

## <u>ORDER</u>

Petitioner Herron Lee Johnson, a detainee in the Muscogee County Jail in Columbus, Georgia, filed a petition for a writ of habeas corpus and a motion for leave to proceed *in forma pauperis*, along with several other motions.   ECF Nos. 1-3, 8-9. Because Petitioner's motion to proceed *in forma pauperis* showed that he had the financial ability to pay the $5.00 filing fee, Petitioner was denied leave to proceed *in forma pauperis* and ordered to pay the fee in order to proceed with this case.   ECF No. 11.

Rather than pay the fee, Petitioner has now filed a motion asserting that he "require[s] a court order" directing the jail to pay the fee from his account "due [to] past issues with filing fees being paid."   ECF No. 12.   It is Petitioner's responsibility to make arrangements with the jail to pay the fee, but Petitioner does not assert that he has taken any steps to try to have the fee paid from his account in this case.   Thus, to the extent that Petitioner is asking for a court order for officials to pay the fee from his account, this motion is **DENIED**, and Petitioner is again **ORDERED** to pay the $5.00 filing fee for this case.

Nevertheless, if Petitioner encounters difficulty in having the fee paid from his account, he is instructed to show the appropriate corrections official this Order when submitting his written request for the payment of the filing fee.   If the corrections official refuses to promptly submit payment to the Court, Petitioner must notify the Court in writing as to (1) the name of the authorized corrections official from whom he requested the payment of his filing fee; (2) the date he made such request; and (3) the date that he was notified that the corrections official would not promptly submit the payment.   If Petitioner receives notification in writing from the corrections official regarding an inability or refusal to pay the filing fee to the Court, Petitioner must provide the Court with a copy of this notification.

It is **ORDERED** that Petitioner shall have an additional **FOURTEEN (14) DAYS** to pay the **$5.00 filing fee or to provide the written notice required by this Order if he is unable to pay the fee**.   If Petitioner fails to pay the fee and fails to adequately explain the reason for his inability to pay, the action may be dismissed.[1]   Additionally, failure to keep the Court informed of any address change may result in the dismissal of this action.

There shall be no service in this case pending further order of the Court.

**SO ORDERED**, this 29th day of June, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1]Consideration of Petitioner's other pending motions is again deferred pending Petitioner's compliance with this order.