IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| HERRON LEE JOHNSON, | * | |
| Petitioner, | * | |
| v. | * | Case No. 4:26-cv-204-CDL-CHW |
| WARDEN GREG COUNTRYMAN, | * | |
| Respondent. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated 9/11/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 11th day of September, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk